1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HEATHER PAINTER,

          Plaintiff(s),

v.

AARON ATWOOD, D.D.S., et al.,

          Defendant(s).

2:12-CV-1215 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff Heather Painter's motion seeking an eight business day extension in which to file an opposition to defendant's motion to dismiss pursuant to Local Rule 6-1 and Rule 6(b) of the Federal Rules of Civil Procedure.  (Doc. # 8).  Plaintiff has represented to the court that the request for an extension is the first such request and resulted from three other court commitments.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion seeking a two-week extension (doc. # 8) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that plaintiff shall have up to, and including, September 4, 2012, in which to file the opposition or otherwise respond to the motion to dismiss.

DATED August 24, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge