UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER PAINTER,<br><br>        Plaintiff/Counterdefendant,<br><br>vs.<br><br>AARON ATWOON, D.D.S., and ATWOOD DENTAL CARE, PLLC,<br><br>        Defendants/Counterclaimant | Case No. 2:12-cv-01215-JCM-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 15) |

    Pending before the Court is the Proposed Joint Discovery Plan and Scheduling Order (# 15), which is hereby **DENIED**. The proposed discovery plan is deficient in a number of respects. First, the Local Rules require proposed discovery plans to "state the date the first defendant answered or otherwise appeared." Local Rule 26-1(e)(1). The submitted discovery plan fails to do so. Second, the presumptive discovery period is 180 days from the date the first defendant answers. Local Rule 26-1(e)(1). The proposed plan seeks additional time by calculating the 180-day period as commencing from the date "Heather Atwood will have filed a response to Atwood' Counterclaim and Third-Party Complaint of February 12, 2013." *See* Proposed Joint Discovery Plan and Scheduling Order (# 15) at 3. The parties provide no explanation for this proposed delay. Lastly, the discovery plan must be submitted 14 days after the Rule 26 conference (Local Rule 26-1(d)), which occurred in this case on January 10, 2013. Nonetheless, the parties filed their proposed discovery plan 32 days later, on February 11, 2103, with no explanation for the delay.

//

///

///

///

1 | Accordingly, the proposed discovery plan is **DENIED**. The parties are ordered, no later than
2 | February 19, 2013, to file another proposed discovery plan that complies with the Local Rules.

4 | IT IS SO ORDERED.

6 | DATED this  12th   day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

2