# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HEATHER PAINTER,

    Plaintiff(s),

v.

AARON ATWOOD, D.D.S., et al.,

    Defendant(s).

2:12-CV-1215 JCM (NJK)

**ORDER**

Presently before the court is defendants' motion for leave to file. (Doc. # 83).

On April 1, 2014, plaintiff filed objections to the magistrate judge's order (doc. # 75) pursuant to LR 3-1. (Doc. # 78). Defendants responded (doc. # 79) and plaintiff replied (doc. # 82). Defendants now request leave to file a sur-opposition to those objections.

The local rules provide only for a response and a reply to a motion. *See* LR 7-2(b)(providing for responses); *see also* LR 7-2(c)(providing for replies). There is no provision permitting a sur-reply absent the court's approval.

However upon review of the motion and proposed sur-opposition, the court finds good cause to grant defendants' request.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion for leave
3  to file (doc. # 83) be, and the same hereby is, GRANTED. Defendants are ordered to separately file
4  the attached proposed sur-opposition within five (5) days of the issuance of this order.

5  DATED May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -