UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER PAINTER, | |
| Plaintiff(s), | Case No. 2:12-cv-01215-JCM-NJK |
| vs. | ORDER |
| AARON ATWOOD, D.D.S., et al., | (Docket No. 111) |
| Defendant(s). | |

Pending before the Court is Defendants' motion for stay in proceedings. Docket No. 111. Defendants request that the Court "stay the instant proceedings until it has ruled on Defendants' Motion to Certify in order to limit the Joint Pretrial Order to the issues that will actually be addressed at the trial." *Id.*, at 3. The Court denied the request for "emergency" designation of Defendants' motion to stay and ordered that the briefing proceed according to the normal schedule. Docket No. 113. Thereafter, the joint pretrial order deadline was extended to December 5, 2014. Docket No. 115. On December 5, 2014, the parties filed their proposed pretrial order. Docket No. 116. Thus, Defendants' requested relief in their motion for stay cannot be granted. Accordingly, Defendants' motion for stay in proceedings (Docket No. 111) is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge