Ruth L. Cohen, Esq. (NV Bar No. 1782)
Email: rcohen@caplawyers.com
Paul S. Padda, Esq. (NV Bar No. 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada  89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorneys for Heather Painter

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **HEATHER PAINTER,** | ) |
| Plaintiff, | ) Case No. 2:12-cv-1215-JCM-NJK |
| v. | ) |
| **AARON ATWOOD, D.D.S. and ATWOOD URGENT DENTAL CARE, PLLC** | ) |
| **Defendants.** | ) |
| **AARON ATWOOD,** | ) |
| Counterclaimant, | ) |
| v. | ) |
| **HEATHER PAINTER** | ) |
| Counter-Defendant. | ) |
| **KELLI ATWOOD,** | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| **HEATHER PAINTER,** | ) |
| **Counter-Defendant / Third-Party Defendant.** | ) |

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action, by and through their respective counsel, hereby stipulate to dismissal (with prejudice) of all claims that were asserted, or could have been asserted, in this litigation. It is agreed and understood that each party is to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ *Robert L. Rosenthal*  /s/ *Paul S. Padda*
_____  _____
Robert L. Rosenthal, Esq.  Ruth L. Cohen, Esq.
Jason P. Wieland, Esq.  Paul S. Padda, Esq.
HOWARD & HOWARD  COHEN & PADDA

Attorneys for Dr. Aaron Atwood,  Attorneys for Heather Painter
Kelli Atwood and Atwood Urgent Dental Care, PLLC
Dated: April 14, 2015

Dated: April 14, 2015

**IT IS SO ORDERED:**

Trial set for April 27, 2015 and calendar call set for April 22, 2015 are hereby vacated.

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** April 16, 2015

### CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on April 14, 2015 a copy of the foregoing document, "STIPULATION FOR DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for all parties.

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.